DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN WETHERINGTON,**
Appellant,

v.

**CITY OF CORAL SPRINGS,**
Appellee.

No. 4D2023-0086

[December 7, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE18-015777.

William Robert Amlong and Jennifer E. Daley of The Amlong Firm, Fort Lauderdale, for appellant.

Chris J. Stearns and Jonathan H. Railey of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***